# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

FACET TECHNOLOGY CORP.,

    *Plaintiff*,

v.

MOBILEYE GLOBAL, INC.,
MOBILEYE VISION TECHNOLOGIES,
LTD., and MOBILEYE, INC.,

    *Defendants*.

Case No. 2:24-CV-00058-RWS-RSP

## ORDER

Before the Court is Plaintiff Facet Technology Corporation and Defendants Mobileye Global, Inc. Mobileye Vision Technologies, Ltd., and Mobileye, Inc.'s Joint Motion to Stay Pending *Inter Partes* Review. **Dkt. No. 43**. Having considered the Motion, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.

Therefore, it is **ORDERED** that**:**

1. This matter is hereby **STAYED** pending the resolution of the IPRs bearing Case Nos. IPR2024-01110 and IPR2024-01111.

2. The Parties will submit a joint status report to the Court within 30 days after issuance of a final written decision in, or other termination of, the last of such IPRs, which shall include the parties' positions as to whether to continue or lift the stay.

**SIGNED this 12th day of March, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE